**197** SHERWOOD ET AL. vs. CIRCUIT JUDGE (Ionia), No. 14838, 105 M., 540.

To compel the vacation of an order entered in a chancery cause.

Denied May 28, 1895, with costs.


**198** SHERWOOD ET AL. vs. CIRCUIT COURT (Ionia), No. 15171.

To dismiss an appeal from a judgment rendered by a justice of the peace, on the ground that the justification to the appeal bond was not taken before the proper authority, in a case where relator had appeared generally before the motion to dismiss was made.

Denied November 19, 1895, with costs.


**199** PULTE vs. CIRCUIT JUDGE (Wayne), 47 M., 646.

When an appeal bond on appeal to this court is defective or insufficient and the circuit judge has approved it, the remedy is by motion in the Supreme Court, and not by mandamus against the circuit judge. October 12, 1882.


**200** HADD vs. CIRCUIT JUDGE (Bay), No. 13841.

To enter an order requiring a justice of the peace to make a return in case of an appeal from a judgment rendered by him, in a case where it was claimed that the appeal bond was defective, in that the justification of the sureties had not been indorsed thereon.

Denied November 23, 1893, with costs.